United States District Court
Southern District of Texas
**ENTERED**
October 23, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| PAULINE ANDRES., | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:19-cv-00622 |
| | § | |
| BP EXPLORATION & PRODUCTION, INC. & | § | |
| BP AMERICA PRODUCTION CO., | § | |
| *Defendants.* | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum, Orders, and Recommendation dated October 5, 2020 (Dkt. 58) and the objections thereto (Dkt. 59), the Court is of the opinion that said Memorandum, Orders, and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum, Orders, and Recommendation is hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this **23** day of October, 2020.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE